United States District Court
Southern District of Texas
**ENTERED**
October 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISRAEL JONATHAN, SALAZAR-RODRIGUEZ, Movant, | § § § § |
| v. | § § § Civil Action No. B-15-110<br>Criminal No. B-13-172-1 |
| UNITED STATES OF AMERICA, Respondent. | § § § § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that Salazar-Rodriguez's Motion (Dkt. No. 16) be **DENIED**. A certificate of appealability shall not issue.

Signed on this ___17___ day of __October_____, 2016.

Hilda Tagle
Senior United States District Judge